UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. WILLIS,<br><br>     Plaintiff,<br><br>v.<br><br>RICHARD E. MYERS, II, LOUISE W. FLANAGAN, MALCOLM J. HOWARD, and P.S. CONNOR,<br><br>     Defendants. | **DEFAULT JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:21-CV-125-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff has failed to serve the summonses and complaint within 120 days of the filing of the complaint and has failed to effect service of process in accordance with the Federal Rules of Civil Procedure. Pursuant to Federal Rule of Civil Procedure 4(m), the court DISMISSES WITHOUT PREJUDICE plaintiff's case.

**This Judgment Filed and Entered on December 3, 2021, and Copies To:**

| | |
|---|---|
| Daniel J. Willis | (Sent to 105 Cherry St. Trenton, NC 28585 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>December 3, 2021 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>Deputy Clerk |