IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-125-D

| | |
|---|---|
| DANIEL J. WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RICHARD E. MYERS, II, et al., ) | |
| ) | |
| Defendants. ) | |

On August 24, 2021, plaintiff filed a civil action in this court and paid the $402 filing fee [D.E. 1]. On December 2, 2021, this court dismissed plaintiff's complaint without prejudice for failure to effect service of process. See [D.E. 24]. On December 9, 2021, plaintiff moved for a refund of the $402 filing fee [D.E. 26].

Plaintiff chose to file this case. There is no provision in the Federal Rules of Civil Procedure or the rules of this court to permit a refund of the filing fee to a non-prevailing plaintiff. The motion for a refund [D.E. 26] is DENIED.

SO ORDERED. This _10_ day of December, 2021.

JAMES C. DEVER III
United States District Judge